IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60397
Summary Calendar
_____

JOSE DOLORES GALDAMEZ,

                                              Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                              Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A73-721-220
- - - - - - - - - -

April 15, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Petitioner Jose Dolores Galdamez petitions for review of the
Board of Immigration Appeals' decision dismissing his appeal from
the immigration judge's decision to deny his application for asylum
and for a withholding of deportation.  He argues that the Board
erred by determining that he did not have a well-founded fear of
future persecution by the guerillas in El Salvador.  We have
reviewed the record and the briefs and determine that the Board's
decision is supported by substantial evidence.  See Carbajal-

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>Gonzalez v. INS</u>, 78 F.3d 194, 197 (5th Cir. 1996).  The petition for review is DENIED.